JOHN P. MARGIOTTA
*Pro Hac Vice*
jmargiotta@fzlz.com
SHELBY P. ROKITO
Pro Hac Vice
srokito@fzlz.com

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 W. 42nd Street, Floor 17
New York, New York 10036
Tel: (212) 813-5900

NAOMI JANE GRAY (SBN 230171)
ngray@shadesofgray.law
SHADES OF GRAY LAW GROUP, P.C.
100 Shoreline Highway, Suite 100B
Mill Valley, CA 94941
Tel: (415) 746-9260

*Attorneys for Plaintiffs*

SEPIDEH HERSEL (SBN 226017)
sepideh@hersellawfirm.com
HERSEL LAW FIRM
8383 Wilshire Blvd., Suite 655
Beverly Hills, CA 90211
Tel: (714) 617-8336

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTIER INTERNATIONAL AG and CARTIER, a division of RICHEMONT NORTH AMERICA, INC., | Case No. 3:22-cv-02731-AGT (KAW) |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | Magistrate Judge: Hon. Alex G. Tse |
| BURLWOOD GALLERY and KEN NADJIBI, | Referred to Magistrate Judge: Hon. Kandis Westmore |
| Defendants. | |

The Parties submit this Joint Status Report pursuant to the Joint Notice of Settlement filed on November 29, 2022 (D.N. 34).  The Joint Notice of Settlement stated that the Parties expected to file a consent judgment within 30 days.  The Parties have finalized the terms of the consent agreement but will be unable to obtain the necessary signatures until after the end-of-year

//

//

1

1    holidays.  The Parties expect to file the consent judgment within another 30 days.

2

3                                              RESPECTFULLY SUBMITTED,

4

5    Dated:  December 22, 2022          SHADES OF GRAY LAW GROUP, P.C.

6                                              By:    */s/ Naomi Jane Gray*
                                                 Naomi Jane Gray (SBN 230171)
7
                                              *Attorneys for Plaintiffs*
8

9    Dated:  December 22, 2022          HERSEL LAW FIRM

10                                             By:    */s/ Sepideh Hersel*
                                                 Sepideh Hersel (SBN 226017)
11
                                              *Attorneys for Defendants*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE OF SETTLEMENT                    Case No. 3:22-cv-02731-AGT (KAW)

1

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

2      I, Naomi Jane Gray am the ECF User whose ID and password are being used to file this

3 JOINT STATUS REPORT.  In compliance with Civil L.R. 5-1, I hereby attest that the other

4 signatory whose e-signature appears above has concurred with this filing.

5

6 Dated:  December 22, 2022            SHADES OF GRAY LAW GROUP, P.C.

7

8                          By:     */s/ Naomi Jane Gray*
                                  Naomi Jane Gray (SBN 230171)

9

10                          *Attorneys for Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3